IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00939-BNB

DALE EDGAR SERFOSS,

Plaintiff,

v.

MICHAEL J. ASTRUE, Social Security Administration – Commissioner,

Defendant.

---

ORDER DRAWING CASE

---

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be placed on the AP Docket. Accordingly, it is

ORDERED that this case shall be placed on the AP Docket.

DATED May 20, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 20 2008

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00939-BNB

Dale Edgar Serfoss
5730 Sunset Trail
Peyton, CO 80831

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/20/08

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk