IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00939-AP

DALE EDGAR SERFOSS,

        Plaintiff,

  v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

        Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
TERESA H. ABBOTT
Teresa H. Abbott, P.C.
3515 South Tamarac Drive, Suite 200
Telephone (303) 757-5000
Fax (303) 689-9627
E-mail: abbott.teresa@gmail.com

<u>For Defendant</u>:
TROY A. EID
United States Attorney

KEVIN TRASKOS
Deputy Chief, Civil Division
United States Attorney's Office
District of Colorado

THOMAS H. KRAUS
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-0017
tom.kraus@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

**A. Date Complaint Was Filed:** May 16, 2008

**B. Date Complaint Was Served on U.S. Attorney's Office:** June 5, 2008

**C. Date Answer and Administrative Record Were Filed:** July 28, 2008

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state that the Administrative Record appears to be complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

There are no unusual claims or defenses in this case.

**7. OTHER MATTERS**

There are no other matters.

**8. BRIEFING SCHEDULE**

**A. Plaintiff's Opening Brief Due:** September 24, 2008

**B. Defendant's Response Brief Due:** November 24, 2008

**C. Plaintiffs Reply Brief (If Any) Due:** December 8, 2008

**9. STATEMENTS REGARDING ORAL ARGUMENT**

**A. Plaintiffs Statement:**

    Plaintiff requests oral argument.

**B. Defendant's Statement:**

Defendant does not request oral argument

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 26th day of August, 2008.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Teresa H. Abbott<br>TERESA H. ABBOTT<br>Teresa H. Abbott, P.C.<br>3515 South Tamarac Drive, Suite 200<br>Telephone (303) 757-5000<br>Fax (303) 689-9627<br>E-mail: abbott.teresa@gmail.com<br><br>Attorney for Plaintiff-Appellant | UNITED STATES ATTORNEY<br><br>TROY A. EID<br>United States Attorney<br><br>KEVIN TRASKOS<br>Deputy Chief, Civil Division<br>United States Attorney's Office<br>District of Colorado<br><br>s/ Thomas H. Kraus<br>THOMAS H. KRAUS<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, Colorado 80294<br>Telephone: (303) 844-0017<br>tom.kraus@ssa.gov<br><br>Attorneys for Defendant |